UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **CHARLENE CRAYON,**<br><br>                    Plaintiff,<br>     -vs-<br><br>**CAVALRY PORTFOLIO SERVICES, LLC,**<br><br>                    Defendant. | *Civil Action No.: 10-CV-6496* |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Charlene Crayon hereby voluntarily dismisses the present action against Defendant Cavalry Portfolio Services, LLC, with prejudice, as each side to bear its own costs.

Date: November 23, 2010                         /s/Frank J. Borgese
                                                Frank J. Borgese, Esq.
                                                Graham Law, P.C.
                                                1207 Delaware Ave., Suite 202
                                                Buffalo, New York 14209
                                                fborgese@grahamlawpc.com
                                                716.200.1520